AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER: 08CV2132

V.

ASSIGNED JUDGE: JUDGE NORGLE

JOE WUICH HEATING AND AIR
CONDITIONING, INC., an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Joe Wuich Heating and Air Conditioning, Inc.
c/o Joe Wuich, Registered Agent
9180 Trinity Parkway
Lake in the Hills, IL 60102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 15, 2008
_____
Date

State of Illinois

Docket No. 08 CV 2132

County of McHenry

### AFFIDAVIT OF SERVICE

**JAMES A. COBB** deposes and says that he is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Thursday, April 24, 2008 at 12:12 PM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with JOE WUICH HEATING AND AIR CONDITIONING, INC. as shown below:

SERVED the within named **JOE WUICH HEATING AND AIR CONDITIONING, INC.** by delivering a true copy of the Summons and a copy of the Complaint or Petition to **Joe Wuich, registered agent**, a person authorized to accept service of process as agent.

Said service was effected at **9180 Trinity Parkway, Lake in the Hills, IL 60102**.

DESCRIPTION of Person Served: 58 (?) yrs., Sex: Male; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

APR 2 4 2008
Dated

James A. Cobb

State of Illinois License 115-00783/Wisconsin 8045    Agency Certificate 117-00516/Wisconsin 15014