IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 2132 |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES R. NORGLE |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Joe Wuich, Registered Agent
Joe Wuich Heating and Air Conditioning, Inc.
9180 Trinity Parkway
Lake in the Hills, IL  60102

YOU ARE HEREBY NOTIFIED that on **Friday**, the **20th** day of **June 2008** at **10:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles R. Norgle, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 13th day of June 2008:

          Mr. Joe Wuich, Registered Agent
          Joe Wuich Heating and Air Conditioning, Inc.
          9180 Trinity Parkway
          Lake in the Hills, IL   60102


          /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: 312/236-4316
Facsimile: 312/236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\notice of motion.bpa.df.wpd