Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2132 | **DATE** | 6/20/2008 |
| **CASE TITLE** | SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al. vs. JOE WUICH HEATING AND AIR CONDITIONING | | |

**DOCKET ENTRY TEXT**

*Enter Judgment Order.*

■ [ *For further detail see separate order(s).*]

*Docketing to mail notices.*

| | | Courtroom Deputy Initials: | EF |
|---|---|---|---|

2008 JUN 20 PM 3: 35

CLERK
U.S. DISTRICT COURT

FILED-EDI