## United States District Court for the Northern District of Illinois

Case Number: 08cv2132     Assigned/Issued By: DAJ

Judge Name: NORGLE     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☑ Citation to Discover Assets     _____
(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

__3__ Original and __3__ copies on __07/07/08__ as to __REMINGTON HOMES,__
(Date)
KIMBALL HILL INC, PAR DEVELOPMENT.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05