IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, ) ) ) | NO. 08 C 2132 |
| Defendant, ) ) | JUDGE CHARLES R. NORGLE |
| and ) ) | |
| KIMBALL HILL, INC., ) ) | |
| Citation Respondent. ) | |

**NOTICE OF DISMISSAL OF CITATION TO DISCOVER ASSETS
TO THIRD-PARTY CITATION RESPONDENT KIMBALL HILL, INC.**

TO:  Kimball Hill, Inc.                                              Mr. Arun Kurichety
     c/o C T Corporation System, Registered Agent   Kirkland & Ellis, LLP
     208 S. LaSalle Street, Suite 814                         200 E. Randolph Drive
     Chicago, IL  60604                                             Chicago, IL  60601

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the citation to discover assets proceeding against Third Party Citation Respondent, KIMBALL HILL, INC., without prejudice to the rights of Plaintiffs.

The reason for the dismissal of this action is that Plaintiffs were advised on July 14, 2008 that the Third Party Citation Respondent is and since April 23, 2008 has been operating under the protection of the United States Bankruptcy Court for the Northern District of Illinois, pursuant to a voluntary Petition under Chapter 11 of the Bankruptcy Code.

/s/   Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 14th day of July 2008:

        Kimball Hill, Inc.
        c/o C T Corporation System, Registered Agent
        208 S. LaSalle Street, Suite 814
        Chicago, IL   60604

        Mr. Arun Kurichety
        Kirkland & Ellis, LLP
        200 E. Randolph Drive
        Chicago, IL   60601

        /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\notice of dismissal citation (kimball).bpa.df.wpd