IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) ) ) | NO. 08 C 2132 |
| Defendant, | ) ) | JUDGE CHARLES R. NORGLE |
| and | ) ) | |
| FIRST MIDWEST BANK, | ) ) | |
| Citation Respondent. | ) | |

## MOTION FOR TURN-OVER ORDER
## AGAINST CITATION RESPONDENT

NOW COME Plaintiffs, by their attorneys, and move for the entry of a turn-over order against FIRST MIDWEST BANK, Citation Respondent, in the amount of $7,599.79. In support of this Motion, Plaintiffs state as follows:

1.    On June 20, 2008, judgment was entered by the Honorable Charles R. Norgle in favor of Plaintiffs and against Defendant in the amount of $154,187.31.

2.    On July 21, 2008, Plaintiffs caused a Citation to Discover Assets to Third Party summons and Third Party Respondent Answer to Citation Proceedings to be served on the Citation Respondent, First Midwest Bank (a copy of the Citation to Discover Assets to Third Party Summons and Affidavit of Service is attached hereto as Exhibit A).

3.       On July 22, 2008, Citation Respondent, First Midwest Bank, answered the Third

Party Respondent Answer to Citation Proceedings indicating that it was in possession of $7,599.79,

which was then due and owing to Defendant (a copy of the Third Party Respondent Answer to

Citation Proceedings is attached hereto as Exhibit B).

4.       There remains $154,187.31 due and owing on the judgment entered on June 20, 2008.

WHEREFORE, Plaintiffs pray that a turn-over order in the amount of $7,599.79 be entered

against Citation Respondent, FIRST MIDWEST BANK.


/s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\motion too (first midwest bank).bpa.df.wpd

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Turn-Over Order) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 25th day of July 2008:

> Ms. Laura L. Wilkinson
> Legal Processor
> First Midwest Bank
> 3800 Rock Creek Boulevard
> Joliet, IL   60431
>
> Joe Wuich Heating and Air Conditioning, Inc.
> 9180 Trinity Parkway
> Lake in the Hills, IL   60102


/s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\motion too (first midwest bank).bpa.df.wpd

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) CIVIL ACTION ) ) NO. 08 C 2132 ) |
| Defendant, | ) JUDGE CHARLES R. NORGLE ) |
| and | ) ) |
| FIRST MIDWEST BANK, | ) ) |
| Citation Respondent. | ) ) |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____ *First Midwest Bank* (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to th is Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A.    Savings Account (amount withheld) $ _____
B.    Checking and/or Now Account (amount withheld) $ _7599. 79_____
C.    Certificate of Deposit (amount withheld) $ _____
D.    Money Market Account (amount withheld) $ _____
E.    Trust Account (amount withheld) $ _____
F.    Safety Deposit Boxes $ _____
G.    Other Amounts Due $ _____
H.    Adverse Claimants:    Name    _____
                          Address    _____
I.    Wages, Salary or Commissions _____
J.    Other Personal Property (describe) _____
      _____

Attach a sheet for any additional information required by the Citation.

7

Subtotal _____7599.79_____

Less right of offset for other loans _____

Less deduction for fees limited by law _____

Total _____7599.79_____

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_Laura L. Wilkinson_

**Agent for Citation Respondent**

7/22/08

**Date**

Third Party Respondent/Agent

Agent Name: _Laura L. Wilkinson_

Agent Title: _Legal Processor_

Respondent Name: _First Midwest Bank_

Address: _3800 Rock Creek Blvd_
_Joliet IL 60431_

Phone: _815-927-3240_

Fax: _815-927-3262_

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, to the Attorney for Plaintiffs, and to the Judgment Debtor.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) ) ) | NO. 08 C 2132 |
| Defendant, | ) ) | JUDGE CHARLES R. NORGLE |
| and | ) ) | |
| FIRST MIDWEST BANK, | ) ) | |
| Citation Respondent. | ) | |

## CITATION TO DISCOVER ASSETS TO THIRD PARTY

TO:    First Midwest Bank
        11900 S. Pulaski Road
        Alsip, IL  60803
        (708) 389-9400

YOU ARE REQUIRED to appear and/or file your answer to this Citation, using the form

attached entitled "Third Party Respondent Answer to Citation Proceedings," at the offices of

Plaintiffs' counsel, Baum Sigman Auerbach & Neuman, Ltd., at 200 West Adams Street, Suite 2200,

Chicago, Illinois, on or by **Friday**, the **8th** day of **August 2008** at the hour of 11:00 a.m., and

thereafter until the above-entitled cause shall be concluded; and then and there to answer under oath

such questions as may be put to you concerning indebtedness due the above-named Defendant, and

to abide by the further order of the Court.  NOTE: your written answer under oath, along with

production of documents requested in the attached Rider, is sufficient for your appearance unless you receive a further order to personally appear.

Judgment was entered in favor of the Plaintiffs on the 20th day of June 2008 in the aggregate sum of $154,187.31 and costs. The total amount of $154,187.31 remains unsatisfied.

YOU ARE PROHIBITED, as of the date upon which this Citation was served upon you, from making or allowing any transfer or other disposition of, or interference with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to it, until the further order of Court or termination of the proceedings. You may be held personally accountable should you violate this injunction. You are not required to withhold the payment of any money beyond double the amount of the judgment.

## CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Judgment Amount: $154,187.31, Balance Due: $154,187.31

Date of Judgment/Revival: June 20, 2008

Name of Court Entering Judgment: U.S. District Court, Northern District of Illinois, Eastern Div.

Case No. 08 C 2132

The undersigned certifies under penalties as provided by law to the Court that the above information is true.

Signature: _Beverly P. Alfon_

Name:        Beverly P. Alfon, Attorney for Plaintiffs
Address:     200 W. Adams Street, Suite 2200
             Chicago, IL 60606-5231
Telephone:   (312) 236-4316
Facsimile:   (312) 236-0241

2

YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU

TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF

CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE

FEDERAL JAIL.  IN ADDITION, YOUR FAILURE TO COMPLY WITH THE CITATION

PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE

UNSATISFIED AMOUNT OF THE JUDGMENT AGAINST THE JUDGMENT DEBTOR.

MICHAEL W. DOBBINS

_____
CLERK OF COURT

_____
DEPUTY CLERK

JUL 1 4 2008

DATE:                                    (SEAL OF COURT)

3

## **RIDER TO CITATION TO DISCOVER ASSETS TO THIRD PARTY**

Upon receipt of this Citation to Discover Assets, please do the following:

1.     Freeze all assets in your control belonging to the Defendant, as required by the Citation, up to twice the amount of the balance due on the judgment, plus judgment interest and court costs.

2.     Contact the attorneys for the Plaintiffs to discuss the Citation.

3.     Produce for examination the following documents (unless production is excused by Plaintiff's attorney):

     a.     All records (including but not limited to monthly bank statements) of savings and checking accounts, Certificates of Deposit, Safe Deposit Boxes, Land Trusts, Inter Vivos Trusts, Loans, Mortgages, Trust Deeds, Annuities, negotiable and non-negotiable instruments in which the Judgment Debtor has owned, or had an interest in, during the twelve (12) month period preceding the date on which First Midwest Bank was served with this citation.

     b.     All applications for accounts or loans filled out by Judgment Debtor, during the twenty-four (24) month period preceding the date on which First Midwest Bank was served with this citation, including all financial statements submitted by Judgment Debtor, and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due Judgment Debtor.

     c.     If any savings account, checking account, or certificate of deposit has been closed during the twelve (12) month period preceding the date on which First Midwest Bank was served with this citation, including a copy of both sides of the check or other document closing such account.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) ) ) | NO. 08 C 2132 |
| Defendant, | ) ) | JUDGE CHARLES R. NORGLE |
| and | ) ) | |
| FIRST MIDWEST BANK, | ) ) | |
| Citation Respondent. | ) | |

## CITATION NOTICE TO JUDGMENT DEBTOR

Judgment Debtor's last known:

Judgment Creditor's Attorney/Judgment Creditor:

Name:    Joe Wuich Heating and Air
Address: 9180 Trinity Parkway
         Lake in the Hills, IL   60102

Beverly P. Alfon, Attorney
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
Phone: (312) 236-4316

Judgment in the amount of: $154,187.31
Name of Person or entity receiving Citation: First Midwest Bank
Citation Appearance required by: Friday, August 8, 2008 @ 11:00 a.m.

**NOTICE:** The court has issued a citation against the person named above. The citation directs that person to appear at the offices of Plaintiffs' counsel to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.  THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)  Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)  Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)  Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (I) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4)  Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (I) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)  Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions from garnishment under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.  The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. When so notified, the Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*,       Plaintiffs,<br><br>vs.<br><br>JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation,       Defendant,<br><br>     and<br><br>FIRST MIDWEST BANK,       Citation Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>CIVIL ACTION<br><br>NO. 08 C 2132<br><br>JUDGE CHARLES R. NORGLE |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to th is Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A.   Savings Account (amount withheld) $ _____
B.   Checking and/or Now Account (amount withheld) $ _____
C.   Certificate of Deposit (amount withheld) $ _____
D.   Money Market Account (amount withheld) $ _____
E.   Trust Account (amount withheld) $ _____
F.   Safety Deposit Boxes $ _____
G.   Other Amounts Due $ _____
H.   Adverse Claimants:   Name   _____
                          Address _____
I.   Wages, Salary or Commissions _____
J.   Other Personal Property (describe)   _____
                          _____

Attach a sheet for any additional information required by the Citation.

7

Subtotal    _____

Less right of offset for other loans    _____
Less deduction for fees limited by law    _____

Total    _____

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

_____
Date

Third Party Respondent/Agent
Agent Name:        _____
Agent Title:        _____
Respondent Name:    _____
Address:        _____
            _____
Phone:        _____
Fax:        _____

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, to the Attorney for Plaintiffs, and to the Judgment Debtor.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, *et al.*, )
                             )
               Plaintiffs, )
                             )
      vs. )      CIVIL ACTION
                             )
JOE WUICH HEATING AND AIR )
CONDITIONING, INC., an Illinois corporation, )      NO. 08 C 2132
                             )
               Defendant, )      JUDGE CHARLES R. NORGLE
                             )
      and )
                             )
FIRST MIDWEST BANK, )
                             )
             Citation Respondent. )

## CERTIFICATE OF MAILING CITATION

        I hereby certify that, within three (3) business days of service of the citation and citation notice upon a person or party other than the judgment debtor, I served upon the judgment debtor either a copy of the underlying judgment or a certification by the clerk of the court that entered the judgment or the attorney for judgment creditor setting forth the amount of the judgment, the name of that court, and the number of the case, a copy of the citation served upon the third person or party, and a copy of the citation notice.

Date: 7-22-08

Signature: _Sue Erickson_

Name: _Sue Erickson_
Title: _Process Manager_

I:\265J\Wuich, Joe Heating\citation (first midwest bank).bpa.df.wpd

9

**State of Illinois**

**General No.: 08C2132**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure  Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 7/21/2008 at 1:20:00 PM by leaving a true and correct copy of the attached CITATION TO DISCOVER ASSETS TO THIRD PARTY with First Midwest Bank as shown below:

Served the wihin named First Midwest Bank by delivering a true and correct copy of the CITATION TO DISCOVER ASSETS TO THIRD PARTY, to Erica Jenikins  a person authorized to accept service of process as agent.

Said service was effected at 11900 S. Pulaski Rd., Alsip, IL  60803

Description of Person Served Sex:    Height:    Weight:    Race:    Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_7-22-08_
Dated

Leroy Karczewski
117-000192