IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 ) <br> WELFARE FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) | CIVIL ACTION |
| JOE WUICH HEATING AND AIR ) <br> CONDITIONING, INC., an Illinois corporation, ) <br> ) | NO. 08 C 2132 |
| Defendant, ) <br> ) | JUDGE CHARLES R. NORGLE |
| and ) <br> ) <br> FIRST MIDWEST BANK, ) <br> ) <br> Citation Respondent. ) | |

## NOTICE OF MOTION

TO:  Ms. Laura L. Wilkinson  　　　　Joe Wuich Heating and Air Conditioning, Inc.
　　　Legal Processor  　　　　　　　　9180 Trinity Parkway
　　　First Midwest Bank  　　　　　　Lake in the Hills, IL   60102
　　　3800 Rock Creek Boulevard
　　　Joliet, IL   60431

YOU ARE HEREBY NOTIFIED that on **Friday**, the **1st** day of **August 2008** at **10:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles R. Norgle, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2341, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Turn-Over Order Against Citation Respondent.  A copy of said motion is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 25th day of July 2008:

      Ms. Laura L. Wilkinson
      Legal Processor
      First Midwest Bank
      3800 Rock Creek Boulevard
      Joliet, IL   60431

      Joe Wuich Heating and Air Conditioning, Inc.
      9180 Trinity Parkway
      Lake in the Hills, IL   60102

      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\notice of motion too (first midwest bank).bpa.df.wpd