IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., ) ) ) Plaintiffs, ) ) vs. ) ) JOE WUICH HEATING AND AIR ) CONDITIONING, INC., an Illinois corporation, ) ) Defendant, ) ) and ) ) REMINGTON HOMES, L.L.C., ) ) Citation Respondent. ) | CIVIL ACTION NO. 08 C 2132 JUDGE CHARLES R. NORGLE |

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

___Remington Homes, LLC_____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A.  Savings Account (amount withheld) $ _____
B.  Checking and/or Now Account (amount withheld) $ _____
C.  Certificate of Deposit (amount withheld) $ _____
D.  Money Market Account (amount withheld) $ _____
E.  Trust Account (amount withheld) $ _____
F.  Safety Deposit Boxes $ _____
G.  Other Amounts Due $ _____
H.  Adverse Claimants:   Name _____
                         Address _____
I.  Wages, Salary or Commissions _____
J.  Other Personal Property (describe) _____

Attach a sheet for any additional information required by the Citation.

7

|  | Subtotal | 0.00 |
|---|---|---|
| Less right of offset for other loans | | |
| Less deduction for fees limited by law | | |
|  | Total | 0.00 |

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

Jay Dulla, Manager of Remington Homes, LLC

Agent for Citation Respondent

7/31/08
Date

Third Party Respondent/Agent Remington Homes, LLC
Agent Name: c/o Patrick T. Brankin
Agent Title: Attorney
Respondent Name: Remington Homes, LLC
Address: 222 No. LaSalle Street, Suite 1910
Chicago, IL 60601
Phone: (312) 332-0200
Fax: (312) 332-4514

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, to the Attorney for Plaintiffs, and to the Judgment Debtor.

8