IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., )<br><br>    Plaintiffs, )<br>)<br>)<br>JOE WUICH HEATING AND AIR )<br>CONDITIONING, INC., an Illinois corporation, )<br>)<br>    Defendant, )<br>and )<br>)<br>REMINGTON HOMES, L.L.C., )<br>)<br>    Citation Respondent. ) | CIVIL ACTION<br><br>No. 08 C 2132<br><br>Judge Charles R. Norgle |

## NOTICE OF FILING

TO:  Beverly P. Alfon, Esq.
     200 W. Adams Street/Suite 2200
     Chicago, IL 60606-5231

    **YOU ARE HEREBY NOTIFIED** that we have filed on the 31st day of July, 2008 we filed with the Clerk of the United States District Court, the attached **THIRD-PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**, a copy of which is hereby served upon you.

    Respectfully submitted,

    **REMINGTON HOMES, LLC**

    By: /s/ Patrick T. Brankin

Patrick T. Brankin (ARDC #6228896)
Timothy J. McGonegle (ARDC #1840797)
SCHAIN, BURNEY, ROSS & CITRON, LTD.
222 North LaSalle Street, Suite 1910
Chicago, Illinois 60601
(312) 332-0200 (phone)
(312) 332-4514 (fax)
F:\PTB\Remington\Sheet-Metal-Citation\Notice-of-Filing.doc

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

    I, Patrick T. Brankin, an attorney, certify that I caused copies of the foregoing **NOTICE OF FILING** and **THIRD-PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**, to be served upon Beverly P. Alfon, Esq., 200 West Adams Street, Suite 2200, Chicago, IL 60606-5231, by first class mail this 31st day of July, 2008, before the hour of 5:00 p.m.

    By: /s/ Patrick T. Brankin