# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2132 | **DATE** | 8/1/2008 |
| **CASE TITLE** | SHEET METAL WORKERS vs. JOE WUICH HEATING AND AIR CONDITIONING | | |

**DOCKET ENTRY TEXT**

Plaintiffs motion for turnover order against citation respondent [19] is granted. It is hereby ordered, adjudged, and decreed: Plaintiffs have and recover from the Citation Respondent, First Midwest Bank, the sum of $7,599.79. Motion hearing [19] held. Enter turn-over order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TP |
|---|---|---|