

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION |
| JOE WUICH HEATING AND AIR CONDITIONING, INC., an Illinois corporation, | ) ) NO. 08 C 2132 ) |
| Defendant, | ) JUDGE CHARLES R. NORGLE ) |
| and | ) ) |
| FIRST MIDWEST BANK, | ) ) |
| Citation Respondent. | ) |

### TURN-OVER ORDER

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Citation Respondent, FIRST MIDWEST BANK, the Court being fully advised in the premises, FINDS:

1. On June 20, 2008, judgment was entered by the Honorable Charles R. Norgle in favor of Plaintiffs and against Defendant in the amount of $154,187.31.

2. On June 21, 2008, Plaintiffs caused a Citation to Discover Assets to Third Party summons and Third Party Respondent Answer to Citation Proceedings to be served on the Citation Respondent.

3. On July 22, 2008, Citation Respondent, FIRST MIDWEST BANK, answered the Third Party Respondent Answer to Citation Proceedings indicating that it was in possession of

$7,599.79, which was then due and owing to Defendant, JOE WUICH HEATING AND AIR CONDITIONING, INC.

4. There remains $154,187.31 due and owing on the judgment entered on June 20, 2008.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiffs have and recover from the Citation Respondent, FIRST MIDWEST BANK, the sum of $7,599.79.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-1-08

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\too (first midwest bank).bpa.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Turn Over Order) to be served upon:

> Ms. Laura L. Wilkinson
> Legal Processor
> First Midwest Bank
> 3800 Rock Creek Boulevard
> Joliet, IL  60431
>
> Joe Wuich Heating and Air Conditioning, Inc.
> 9180 Trinity Parkway
> Lake in the Hills, IL  60102

by U.S. Mail on or before the hour of 5:00 p.m. this 25th day of July 2008.


/s/   Beverly P. Alfon




Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Wuich, Joe Heating\too (first midwest bank).bpa.df.wpd